M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
**MESSNER REEVES, LLP**
8945 West Russell Road, Suite 300
Las Vegas, NV 89148
Telephone:   (702) 363-5100
Facsimile:    (702) 363-5101
E-mail:        cmeyer@messner.com
                   rfinch@messner.com
*Attorneys for Defendant*
*State Farm Mutual Automobile Insurance Company*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG VOSS,<br><br>                        Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>                        Defendants. | CASE NO: 2:24-cv-01277-JAD-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>[ECF No. 13] |

IT IS HEREBY STIPULATED by and between Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, through its counsel of record, M. CALEB MEYER, ESQ. and RENEE M. FINCH, ESQ. of MESSNER REEVES LLP, and Plaintiff CRAIG VOSS, individually and by and through his counsel of record, ROBERT D. VANNAH, ESQ. and L. DIPAUL MARRERO II, ESQ. of VANNAH & VANNAH, that all claims against STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, arising out of Case No. 2:24-cv-01277-JAD-BNW, be dismissed with prejudice in its entirety, with each of the parties to bear their own attorney's fees and costs.

///

///

///

IT IS FURTHER STIPULATED that no trial is currently scheduled.

Dated this 30th day of September 2024.

**MESSNER REEVES, LLP**

 /s/ Renee M. Finch
M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
8945 W. Russell Rd., Ste. 300
Las Vegas, NV 89148
*Attorneys for Defendant*

Dated this 30th day of September 2024.

**VANNAH & VANNAH**

 /s/ L. Dipaul Marrero II, Esq.
Robert D. Vannah, Esq.
Nevada Bar No.: 2503
L. Dipaul Marrero II, Esq.
Nevada Bar No.: 12441
400 S. Seventh Street, Suite 400
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

### ORDER

Based on the parties' stipulation and with good cause appearing, **IT IS HEREBY ORDERED** that this case is dismissed with prejudice, with each party to bear its own costs and fees. **The Clerk of Court is directed to CLOSE THIS CASE.**

_____
United States District Court Judge

DATED: October 2, 2024